



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGENIAL LLLATWION SKINNER, | § | |
| Petitioner, | § § § | |
| v. | § | NO. 3:05-CV-2246-L |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## ORDER

Petitioner Regenial Lllatwion Skinner ("Petitioner"), appearing *pro se*, filed an application for writ of habeas corpus under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. §636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On January 9, 2006, the Findings and Recommendation of the United States Magistrate Judge (the "Report") were filed, to which no objections were filed.

The magistrate judge recommended that Petitioner's case is time-barred and should be dismissed with prejudice on limitations grounds. Having reviewed the pleadings, file, and record in this case, as well as the findings and recommendation of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate's findings are accepted as those of the court.

Petitioner's application is **denied**, and this action is **dismissed with prejudice** pursuant to 28 U.S.C. § 2244(d)(1). Judgment will issue by separate document.

**It is so ordered** this 31st day of January, 2006.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Page 2